

**HELPING HAND ASSOCIATION, INC.**
PHONE NUMBER 801-533-0070

RESIDENTIAL PROGRAM
974 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84102

OUTPATIENT PROGRAM
3570 SOUTH WEST TEMPLE
SALT LAKE CITY, UTAH 84115

ADMINISTRATION OFFICES
3570 SOUTH WEST TEMPLE
SALT LAKE CITY, UTAH 84115





January 14, 2021

To Whom It May Concern:

I am writing to verify that Ms. Bambi Dreamer has been on the waiting list to come to The Haven Residential Treatment Program for the last few months. She is eligible for our program via Medicaid funding.

The Haven is a JRI approved, non-profit substance use and behavioral health treatment facility. While enrolled in service at The Haven Ms. Dreamer would participate in groups such as Moral Reconation Therapy (MRT), Trauma Processing Groups, Shame Resiliency, Conflict Resolution, Acceptance and Commitment Therapy (ACT), and Family processing with love and logic. In addition to these mandatory psychotherapy groups, all clients also attend weekly individual sessions with a therapist, daily twelve-step meetings, community service projects, and submit six random urinalysis tests per month.

We are a continuum of care program. At the time of completion of residential treatment, we offer sober living and intensive outpatient treatment for clients to transition to. Sober Living funding is available via county grants with Access to Recovery (ATR).

If the court see's fit that Ms. Bambi Dreamer can have the opportunity to enroll in services here at The Haven there is a bed available for her immediately, and we could admit her as early as next week.

Please feel free to contact me via phone or email to confirm these details or to follow up with any questions or concerns. Also, if her attorney could contact me and inform me of the court's decision so that I may coordinate her admission or be aware if her release had not been approved that would be greatly appreciated.

Danielle Davidson, CPSS
Admissions Coordinator
Case Manager
The Haven, 501©(3) non-profit
**801-703-4870 (cell)**
801-533-0070 ext 101 (office)
danielle@havenhelps.com