SCOTT KEITH WILSON, Federal Public Defender (#7347)
VANESSA M. RAMOS, Assistant Federal Public Defender (#7963)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah    84101
Telephone: (801) 524-4010
Vanessa_Ramos@fd.org
_____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAMBI GRACE DREAMER,<br><br>Defendant. | **MOTION FOR STATUS CONFERENCE**<br><br>Case No. 1:20-CR-066 DS<br><br>Magistrate Judge Oberg |

Defendant, Bambi Grace Dreamer ("Ms. Dreamer"), by and through her counsel of record, Vanessa M. Ramos, moves this Court to schedule a status conference review her status following inpatient treatment.   This motion is based on the following:

      1.    At the review of detention hearing held on January 20, 2021, the Court indicated that a review should be scheduled prior to her completion of the inpatient portion of treatment. Ms. Dreamer is scheduled to complete The Haven's inpatient treatment on March 22, 2021.

      2.    Ms. Dreamer has a residence with her boyfriend she could release to in Ogden, Utah, if acceptable to the Court. This is the same residence Pre-Trial Services looked into at her initial hearing. Ms. Dreamer would also have employment opportunities available through her boyfriend's employer if allowed to reside there.

      3.      Ms. Dreamer will be required to attend aftercare, outpatient treatment sessions four times per week; Monday through Thursday, from 5:00 p.m. to 9:00 p.m. Those outpatient sessions are currently being conducted virtually and will continue in that manner for the foreseeable future.

      4.      If the residence in Ogden is not acceptable, The Haven has sober-living housing that is available to Ms. Dreamer. She would be eligible for funding that would pay for the first three months, but would be required to pay a discounted rate for the next three months.

Counsel requests a status conference be scheduled for the Court to address the issues outlined above.

DATED this 11th day of March, 2021.

/s/ *Vanessa M. Ramos*
VANESSA M. RAMOS
Assistant Federal Defender